

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MICHAEL ZIMPRICH, | § | No. 08-15-00327-CV |
| Appellant/Cross-Appellee, | § | Appeal from |
| v. | § | 327th District Court |
| JUAN HEREDIA AND FLOR FLORES, | § | of El Paso County, Texas |
|  | § | (TC # 2011-344) |
| Appellees/Cross-Appellants. | § |  |
|  | § |  |

**MEMORANDUM OPINION**

Pending before the Court is a motion from Michael Zimprich, Appellant/Cross-Appellee, asking that we dismiss his appeal. *See* TEX.R.APP.P. 42.1(a)(1). Juan Heredia and Flor Flores, Appellees/Cross-Appellants, have filed a response indicating that they wish to continue with their appeal. We grant Zimprich's motion and dismiss his appeal, but the appeal of Heredia and Flores shall continue. The Clerk of the Court is directed to change the style of the case to *Juan Heredia and Flor Flores, Appellants, v. Michael Zimprich, Appellee*. The parties shall use this style is all future correspondence and filings.

June 16, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.